IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRENDA HENRY,

        Plaintiff,

v.                                            Case No. 16-2455-JAR

MENORAH MEDICAL CENTER,

        Defendant.

## AMENDED SCHEDULING ORDER

Defendant has filed a motion to amend the scheduling order (ECF No. 28),[1] which plaintiff does not oppose. For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    The parties shall complete all Fed. R. Civ. P. 35 physical or mental examinations by **March 13, 2017**.

    b.    Mediation shall be held no later than **March 31, 2017.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **March 31, 2017**. Disclosures and reports by any rebuttal experts are due by **May 8, 2017.**

    d.    All discovery shall be commenced or served in time to be completed by **May 31, 2017.**

---

[1] The original scheduling order is filed as ECF No. 16.

O:\ORDERS\16-2455-JAR-ASO-28.wpd

  e. The final pretrial conference is rescheduled from April 21, 2017, to **June 19, 2017, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **June 9, 2017**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  f. The deadline for filing all other potentially dispositive motions is **July 19, 2017.**

  g. With the consent of the presiding U.S. District Judge, the trial is reset on a trial calendar that will begin on **March 13, 2018, at 9:00 a.m.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated December 14, 2016, at Kansas City, Kansas.

            s/ James P. O'Hara
           James P. O'Hara

U.S. Magistrate Judge